IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SELVIN SHAW,

        Plaintiff,

v.                                  Case No.  4:16cv363-MW/GRJ

CHARLES COLLINS
and JEFFREY LEWIS,

        Defendants.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's

objections to the report and recommendation, ECF No. 6.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's

objections, as this Court's opinion.    The Clerk shall enter judgment stating, "This

case is **DISMISSED** pursuant to the *Younger* abstention doctrine and pursuant to

28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

Pending motions, ECF Nos. 3 and 4 are terminated.  Plaintiff's Motion to Proceed

in Forma Pauperis, ECF No. 7, is **DENIED**." The Clerk shall close the file.

  **SO ORDERED on July 21, 2016.**

      **s/Mark E. Walker    ____**
      **United States District Judge**

2